**2013–0834. Akron City School Dist. Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Summit App. No. 26503, 2013-Ohio-1419. On motion for reconsideration. Motion denied.

PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

**2013–0836. BAC Home Loans Servicing, L.P. v. Meister.**
Lake App. No. 2012–L–042, 2013-Ohio-873. On motion for reconsideration. Motion denied.

**2013–0845. Toledo v. Tillimon.**
Lucas App. No. L–11–1315, 2013-Ohio-1484. On motion for reconsideration. Motion denied.

O'DONNELL and O'NEILL, JJ., dissent.

**2013–0852. Tillimon v. Clifton.**
Lucas App. No. L–12–1259. On motion for reconsideration. Motion denied.

O'NEILL, J., dissents.

**2013–0904. Mittler v. OhioHealth Corp.**
Franklin App. No. 12AP–119, 2013-Ohio-1634. On motion for reconsideration. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1220. Sudberry v. Morgan.**
In Habeas Corpus. On motion for reconsideration. Motion denied. Motion to strike dismissal, supplemental motion to habeas appeal and request for oral argument, and reply motion are denied as moot.